O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.: SA 13-472M |
| Plaintiff,                        ) | |
| vs.                               ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jose Angel Bool-Valdez,           ) | |
| Defendant.                        ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] [[supervised release]]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown background and bail resources,

1  prior illegal reentry convictions, prior deportations,
2  apparent undocumented alien status, apparent strong
3  family ties to Mexico as stated in February 2013 report
4  and/or

5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: _____
10     _____
11     _____
12     _____

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:    October 15, 2013            _____
18                                         JEAN ROSENBLUTH
                                           U.S. MAGISTRATE JUDGE